**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                              RE:    Cortney DOZIER
                                    Docket Number:   2:97CR00171-008
                                    <u>**RESPONSE TO EARLY TERMINATION
                                    REQUEST**</u>

Your Honor:

The following is in response to a notice of early termination received from the above named offender. In the motion, the offender is requesting the Court consider his request for early termination and terminate his supervised release forthwith.

On October 23, 1998, the offender was sentenced to 108 months with the Bureau of Prisons followed by a five year term of supervised release for a violation of 21 USC 841(a)(1) - Manufacture of Methamphetamine. Prior to the instant offense, the offender's criminal conduct included a 1987 conviction for Reckless Driving and a 1989 conviction for Transportation/Sell of a Controlled Substance where he ultimately went to state prison for three years. While the offender was out on bail, just prior to the 1989 conviction, he was arrested again for Driving Under the Influence and Possession of Methamphetamine. This case was dismissed in light of the 1989 conviction.

On February 4, 2005, the offender was released from the Bureau of Prisons and began his five year term of supervised release. He released to his parents' home in Loma Rica, California, and immediately went to work in the family business called Performance Auto. His family has owned and operated this business for numerous years. The offender assists his father in all operations of the store which includes additional services provided to the local race car industry.

The offender has successfully completed drug testing and drug treatment. He has been allowed to travel out of the district to attend workshops on performance racing and has

RE:   Cortney DOZIER
      Docket Number:   2:97CR00170-008
      <u>RESPONSE TO EARLY TERMINATION REQUEST</u>

done so without incident.  He has remained in compliance with all other terms and conditions of his supervision.

On October 30, 2002, the Administrative Office of the United States Courts issued the new criteria for assessing early termination of supervision.  Pursuant to 18 USC 3564(c) and 3583(e)(1), the courts are permitted to terminate probation in misdemeanor cases at any time and to terminate supervised release or probation in felony cases after one year, if such action is warranted.  There is nothing in the National Supervision Policies to encourage officers to assess the suitability of offenders for early termination as soon as they are statutorily eligible.  The general criteria for assessing whether a statutorily eligible offender should be recommended to the court as an appropriate candidate for early termination are as follows:  1) Stable community reintegration; 2) Progressive strides towards supervision objectives and in compliance with all conditions of supervision; 3) No aggravated role in the offense; 4) No history of violence; 5) No recent arrests or convictions or ongoing interrupted patterns of criminal conduct; 6) No recent evidence of alcohol or drug abuse; 7) No recent  psychiatric episodes; 8) No identifiable risks to the safety of any identifiable victim; and 9) No identifiable risks to public safety based on the risks prediction index.

In looking at this criteria and assessing the offender, it is this Probation Officer's opinion that the offender has been in compliance with all the conditions of supervision.  This being said, this Probation Officer would like the Court to recall that the instant offense was a very large drug conspiracy involving nine other codefendants.  One of them is the offender's brother, Richard Kelly Dozier.  Richard Dozier was sentenced to 235 months with the Bureau of Prisons on January 15, 1999, and is not scheduled to release from the Bureau of Prisons until April of 2014.  Further, the Dozier family business, Performance Auto, was searched and this is where Richard Dozier was taken into custody.  Nothing of significance was seized from the business.

In summary, this Probation Officer believes the period of supervised release has been of benefit to the offender and the community.   The offender is given credit for his good work

RE: **Cortney DOZIER**
    **Docket Number:   2:97CR00170-008**
    **RESPONSE TO EARLY TERMINATION REQUEST**


and compliance while on supervised release.  This Probation Officer feels that the five year term of supervised release, which was originally ordered in this case, is appropriate given the underlying facts in this case.  Given this, this Probation Officer opposes the early termination of the offender's supervised release.  The ultimate decision lies with the Court.  If the Court has any questions or would like additional information, please contact this officer at 930-4389.

                            Respectfully submitted,


                            /s/Kyriacos M. Simonidis for
                            **TONI M. ORTIZ**
                            **United States Probation Officer**

Dated:      October 10, 2007
            Sacramento, California
            TMO/cp


**REVIEWED BY:**     /s/Kyriacos M. Simonidis
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**


cc:    To Be Assigned
       Assistant United States Attorney

       Peter Kmeto
       Defense Counsel

**RE:   Cortney DOZIER
       Docket Number:   2:97CR00170-008
       <u>RESPONSE TO EARLY TERMINATION REQUEST</u>**

---

**ORDER OF THE COURT:**

Approved _____          Disapproved _____X_____

Dated:  October 24, 2007

_/s/ Garland E. Burrell, Jr._
GARLAND E. BURRELL, JR.
United States District Judge