**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                         RE:    Cortney DOZIER
                                  Docket Number:   2:97CR00171-008
                                  <u>**RESPONSE TO EARLY TERMINATION**</u>
                                  **REQUEST**

Your Honor:

The following is in response to a notice of early termination received from the above named offender. In the motion, the offender is requesting the Court consider his request for early termination and terminate his supervised release forthwith.

On October 23, 1998, the offender was sentenced to 108 months with the Bureau of Prisons followed by a five year term of supervised release for a violation of 21 USC 841(a)(1) - Manufacture of Methamphetamine. Prior to the instant offense, the offender's criminal conduct included a 1987 conviction for Reckless Driving and a 1989 conviction for Transportation/Sell of a Controlled Substance where he ultimately went to state prison for three years. While the offender was out on bail, just prior to the 1989 conviction, he was arrested again for Driving Under the Influence and Possession of Methamphetamine. This case was dismissed in light of the 1989 conviction.

On February 4, 2005, the offender was released from the Bureau of Prisons and began his five year term of supervised release. He released to his parents' home in Loma Rica, California, and immediately went to work in the family business called Performance Auto. His family has owned and operated this business for numerous years. The offender assists his father in all operations of the store which includes additional services provided to the local race car industry.

The offender has successfully completed drug testing and drug treatment. He has been allowed to travel out of the district to attend workshops on performance racing and has

RE:   Cortney DOZIER
      Docket Number:   2:97CR00170-008
      <u>**RESPONSE TO EARLY TERMINATION REQUEST**</u>

done so without incident. He has remained in compliance with all other terms and conditions of his supervision.

On October 30, 2002, the Administrative Office of the United States Courts issued the new criteria for assessing early termination of supervision. Pursuant to 18 USC 3564(c) and 3583(e)(1), the courts are permitted to terminate probation in misdemeanor cases at any time and to terminate supervised release or probation in felony cases after one year, if such action is warranted. There is nothing in the National Supervision Policies to encourage officers to assess the suitability of offenders for early termination as soon as they are statutorily eligible. The general criteria for assessing whether a statutorily eligible offender should be recommended to the court as an appropriate candidate for early termination are as follows: 1) Stable community reintegration; 2) Progressive strides towards supervision objectives and in compliance with all conditions of supervision; 3) No aggravated role in the offense; 4) No history of violence; 5) No recent arrests or convictions or ongoing interrupted patterns of criminal conduct; 6) No recent evidence of alcohol or drug abuse; 7) No recent psychiatric episodes; 8) No identifiable risks to the safety of any identifiable victim; and 9) No identifiable risks to public safety based on the risks prediction index.

The offender has completed approximately 41 months of the court ordered 60 month term of supervised release. In looking at this criteria and assessing the offender, it is this Probation Officer's opinion that the offender continues to do well under supervision and remain in compliance with all the conditions of supervision.

As reported last year to the Court in a memorandum addressing early termination, the instant offense was a large drug conspiracy with numerous co-defendants. One of them is the offender's brother, Richard Kelly Dozier, whom was sentenced to 235 months with the Bureau of Prisons on January 15, 1999. His release date from the Bureau of Prisons is 2014. Further, the Dozier family business, Performance Auto, was searched and this is where Richard Dozier was taken into custody. Nothing of significance was seized from

RE:   Cortney DOZIER
      Docket Number:   2:97CR00170-008
      <u>RESPONSE TO EARLY TERMINATION REQUEST</u>

the business.  Further, contact with local law enforcement reveals no known criminal activity regarding the offender or associated with the family business.

The Probation Officer continues to believe the period of supervised release has been of benefit to the offender and the community.  This Probation Officer agrees with the five year term of supervised release originally ordered. However, since the offender has completed more then half of the 5 year term without incident and meets the noted criteria, an early termination is reasonable. Given this, this Probation Officer recommends an early termination of the offender's supervised release. The ultimate decision lies with the Court. If the Court has any questions or would like additional information, please contact this officer at 930-4389.

                         Respectfully submitted,

                          /s/Toni M. Ortiz
                         **TONI M. ORTIZ**
                         **United States Probation Officer**

Dated:     July 11, 2008
           Sacramento, California
           TMO/cp


**REVIEWED BY:**      /s/Kyriacos M. Simonidis
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**


cc:   To Be Assigned
      Assistant United States Attorney

      Peter Kmeto
      Defense Counsel

**RE:   Cortney DOZIER**
**Docket Number:   2:97CR00170-008**
**RESPONSE TO EARLY TERMINATION REQUEST**

---

**ORDER OF THE COURT:**

Approved    X                              Disapproved _____

Dated:  July 21, 2008

GARLAND E. BURRELL, JR.
United States District Judge